**Acharmu Yazaid CROSBY,
Plaintiff—Appellant,**

v.

**Jeanne S. WOODFORD, Director California Department of Corrections;
et al., Defendants—Appellees.**

No. 06–15734.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 16, 2007.

Acharmu Yazaid Crosby, Blythe, CA, pro se.

Constance L. Picciano, Esq., Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

MEMORANDUM **

Acharmu Yazaid Crosby appeals pro se the dismissal of his 42 U.S.C. § 1983 action challenging the constitutionality of California's statutorily mandated period of parole following determinate prison sentences. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the dismiss-al de novo, *see Butterfield v. Bail,* 120 F.3d 1023, 1024 (9th Cir.1997), and we affirm.

Although Crosby seeks to cast his action as a general challenge to the constitutionality of California's parole statutes, "success in [his] action would necessarily demonstrate the invalidity of [his] confinement." *Wilkinson v. Dotson,* 544 U.S. 74, 81–82, 125 S.Ct. 1242, 161 L.Ed.2d 253 (2005). Crosby's action is therefore barred, *id.* at 81–82, 125 S.Ct. 1242, and Crosby's sole federal remedy is a writ of habeas corpus. *Preiser v. Rodriguez,* 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

